UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
COREY PEGUES

                                              Plaintiff,        15 cv 01930

                                                               **NOTICE OF**
    -against-                                            **VOLUNTARY**
                                                               **DISMISSAL**

THE COUNTY OF NASSAU; THE CITY OF NEW YORK;
NEWS CORPORATION; THOMAS C. KRUMPTER, as Acting
Police Commissioner, Nassau County Police Department;
WILLIAM J. BRATTON, as Police Commissioner;
JOSEPH J. REZNICK, as Deputy Commissioner, Internal Affairs
Bureau; each being sued individually and in their official capacities
as employees of defendants' THE COUNTY OF NASSAU
and THE CITY OF NEW YORK

                                              Defendants'
-------------------------------------------------------------------x

       Pursuant to Rule 41(a)(2), defendants' THE COUNTY OF NASSAU and THOMAS C.

KRUMPTER having answered and no motion for summary judgment filed in this action,

plaintiff COREY PEGUES hereby give notice that he voluntarily dismisses all remaining claims

with prejudice. There are no costs to be assessed to any of the parties.

Dated: August 29, 2018
       New York, NY

                                                          Respectfully submitted,

                                                          By: _____
                                                               Eric Sanders (ES0224)

Eric Sanders, Esq.
**THE SANDERS FIRM, P.C.**
30 Wall Street, 8th Floor
New York, NY 10005
(212) 652-2782 (Business Telephone)
(212) 652-2783 (Facsimile)

Website: http://www.thesandersfirmpc.com

JARED A. KASSCHAU
Office of the Nassau County Attorney
Attorney for County Defendants'

By: _____
Ralph J. Reissman
Deputy County Attorney

One West Street
Mineola, NY 11501
(516) 571-3046

**ORDER**

**IT IS SO ORDERED**

DATED: August 3, 2018

_____
United States District Judge